Lawrence E. Chehardy
David R. Sherman
James M. Williams
George B. Recile
Steven E. Hayes
Stephen D. Marx
George A. Mueller III
Conrad Meyer
Patrick K. Reso
Matthew A. Sherman
Jennifer A. Lee
Inemesit U. O'Boyle
Daniel E. Buras, Jr.
J. Garrison Jordan
Patrick R. Follette
Adam M. Stumpf
Rory V. Bellina
R. Christopher Martin
Walter R. Woodruff
Stephen K. Conroy
Elsbet C. Smith
Daniel H. Edwards
Edwin T. Murray
Tiffany D. Davis
Meredith E. Chehardy
Nicholas R. Varisco
Taquincia M. Jairles
Sarah J. L. Christakis
Phillip J. La Borde
Jonathan M. Lee
Jeremy N. Gettes
Amanda D. Hogue
Erin Rigsby Hawkins
Austin O. Hayes
Bryan V. Recile
Neyah I. Johnson
Jace C. Austin
Henri S. Theriot
Danielle A. Mackie
LydiaPaige Moffett
Mia C. Blake

Counsel:
Cedric L. Richmond

Of Counsel:
P. J. Stakelum III
Paula Perrone
Clark G. Warden, M.D.

Deceased:
Michael H. Ellis
Julian R. Murray Jr.

Metairie Office
Physical Address:
One Galleria Boulevard
Suite 1100
Metairie, LA 70001
T: (504) 833-5600
TFN: (855) 833-5600
F: (504) 833-8080

Mailing Address:
Post Office Box 931
Metairie, LA 70004

Downtown Office
One Canal Place
365 Canal Street
Suite 1100
New Orleans, LA 70130

Northshore Office
111 North Oak Street
Hammond, LA 70401
T: (985) 269-7220
F: (985) 269-7224

chehardy.com
a Louisiana limited liability partnership



**CHEHARDY + SHERMAN + WILLIAMS**
**RECILE + HAYES**

April 29, 2026

**_VIA ECF_**

Hon. John P. Cronan, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

> **Re:    Weaver v. Farm Credit Mid-America, Case No. 1:26-cv-02600-JPC Motion Letter Regarding Plaintiff's Request for Extension of Time to File Motion For Remand**

Dear Judge Cronan:

The law firms of Chehardy, Sherman, Williams, LLP and J. Walker & Associates, LLC have the privilege of representing Plaintiffs, Fawn Weaver, Keith Weaver, and Grant Sidney, in the above-referenced matter. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure we respectfully move for a fourteen (14) day extension of time to file a Motion to Remand, from the current deadline of April 30, 2026 to May 14, 2026. This is the first request for an extension of this deadline. Undersigned counsel has conferred with counsel for the Defendant, Farm Credit Mid-America, who reached out to their client to discuss this motion; however, opposing counsel was unable to secure a response from their client prior to the filing of this motion.

Good cause exists for the requested extension as counsel for Plaintiff has faced scheduling constraints rooted in preexisting hearing and trial commitments which, despite diligence, make the current deadline impracticable.

The extension will not prejudice any party and will conserve judicial resources by allowing the parties to clarify or potentially resolve threshold issues before motion practice. The requested new deadline will not impact any other scheduled dates. If granted, the Motion to Remand would come due May 14, 2026.

For the foregoing reasons, we respectfully request that the Court extend the deadline to file a motion to remand to May 14, 2026. A proposed order is enclosed for the Court's convenience.

Plaintiff's deadline to file their motion to remand is extended until May 14, 2026.

SO ORDERED
April 29, 2026

JOHN P. CRONAN
United States District Judge

Lawrence E. Chehardy
David R. Sherman
James M. Williams
George B. Recile
Steven E. Hayes
Stephen D. Marx
George A. Mueller III
Conrad Meyer
Patrick K. Reso
Matthew A. Sherman
Jennifer A. Lee
Inemesit U. O'Boyle
Daniel E. Buras, Jr.
J. Garrison Jordan
Patrick R. Follette
Adam M. Stumpf
Rory V. Bellina
R. Christopher Martin
Walter R. Woodruff
Stephen K. Conroy
Elsbet C. Smith
Daniel H. Edwards
Edwin T. Murray
Tiffany D. Davis
Meredith E. Chehardy
Nicholas R. Varisco
Taquincia M. Jairles
Sarah J. L. Christakis
Phillip J. La Borde
Jonathan M. Lee
Jeremy N. Gettes
Amanda D. Hogue
Erin Rigsby Hawkins
Austin O. Hayes
Bryan V. Recile
Neyah I. Johnson
Jace C. Austin
Henri S. Theriot
Danielle A. Mackie
LydiaPaige Moffett
Mia C. Blake

Counsel:
Cedric L. Richmond

Of Counsel:
P. J. Stakelum III
Paula Perrone
Clark G. Warden, M.D.

Deceased:
Michael H. Ellis
Julian R. Murray Jr.

Metairie Office
Physical Address:
One Galleria Boulevard
Suite 1100
Metairie, LA 70001
T: (504) 833-5600
TFN: (855) 833-5600
F: (504) 833-8080

Mailing Address:
Post Office Box 931
Metairie, LA 70004

Downtown Office
One Canal Place
365 Canal Street
Suite 1100
New Orleans, LA  70130

Northshore Office
111 North Oak Street
Hammond, LA 70401
T: (985) 269-7220
F: (985) 269-7224

chehardy.com
*a Louisiana limited liability partnership*

We appreciate the Court's time and consideration.

Respectfully submitted,

James M. Williams

-    and    -

/s/James L. Walker, Jr.

James L. Walker, Jr.
J. Walker & Associates, LLC
N.Y. Bar No. 5973441
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
770.847.7363
jjwalker@walkerandassoc.com