UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

FAWN WEAVER, *et al.*,

                    Plaintiffs,

            -v-

FARM CREDIT MID-AMERICA, PCA,

                  Defendant.

-----------------------------------------------------------------------X

26 Civ. 2600 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned for a Webex conference on May 22, 2026, at 9:00 a.m., to discuss Defendant's premotion letter seeking to transfer this case to Tennessee, Dkt. 5, and Plaintiffs' motion to remand this case to New York State court, Dkt. 9. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: May 14, 2026
      New York, New York

                                     JOHN P. CRONAN
                            United States District Judge